# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

DR. FELIX GUZMAN RIVADENEIRA )
)
    Plaintiff, )
)
v. )
)   Case No. CV415-168
DEPARTMENT OF HOMELAND )
SECURITY et al., )
)
    Defendant. )

## REPORT AND RECOMMENDATION

This case should be dismissed without prejudice because plaintiff Quinn Brown has failed to comply with the July 30, 2015 deadline for returning the PLRA-based Consent Form required by this Court. Doc. 4 at 5 (Order warning of dismissal if he failed to return his PLRA forms by that date). See L.R. 41(b); see *Link v. Wabash R.R Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED**, this 30TH day of November, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA